**FORM 8A. Entry of Appearance**                                    **Form 8A (p.1)**
                                                                    **July 2020**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 22-2217

**Short Case Caption:** United Therapeutics Corporation v. Liquidia Technologies, Inc.

| |
|---|
| **Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel. |

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| | |
|---|---|
| United Therapeutics Corporation | |
| **Principal Counsel:** Jaime A. Santos | Admission Date: 10/30/2014 |
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: 1900 N St. NW, Washington, DC 20036 | |
| Phone: 202 346 4034 | Email: JSantos@goodwinlaw.com |
| **Other Counsel:** William Jackson | Admission Date: 9/24/2014 |
| Firm/Agency/Org.: Goodwin Procter LLP | |
| Address: 1900 N St. NW, Washington, DC 20036 | |
| Phone: 202 346 4216 | Email: WJackson@goodwinlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 9/28/20                 Signature: /s/ Jaime A. Santos

                              Name:      Jaime A. Santos

FORM 8A. Entry of Appearance                                    Form 8A (p.2)
                                                                  July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** William M. Jay | Admission Date: 6/5/2013 |
|---|---|
| Firm/Agency/Org.: Goodwin Procter LLP ||
| Address: 1900 N St. NW, Washington, DC 20036 ||
| Phone: 202 346 4190 | Email: WJay@goodwinlaw.com |
| **Other Counsel:** Gerard J. Cedrone | Admission Date: 4/24/2018 |
| Firm/Agency/Org.: Goodwin Procter LLP ||
| Address: 100 Northern Avenue, Boston, MA 02210 ||
| Phone: 617 570 1849 | Email: GCedrone@goodwinlaw.com |
| **Other Counsel:** Douglas H. Carsten | Admission Date: 8/19/2002 |
| Firm/Agency/Org.: McDermott, Will & Emery LLP ||
| Address: 18565 Jamboree Road, Suite 250, Irvine, CA 92612-2565 ||
| Phone: 949 620 6111 | Email: dcarsten@mwe.com |
| **Other Counsel:** Shaun R. Snader | Admission Date: 9/24/2008 |
| Firm/Agency/Org.: United Therapeutics Corporation ||
| Address: 1735 Connecticut Ave. NW, 2nd Floor, Washington, DC 20009 ||
| Phone: 202-304-1701 | Email: ssnader@unither.com |
| **Other Counsel:** Arthur P. Dykhuis | Admission Date: 12/28/2020 |
| Firm/Agency/Org.: McDermott, Will & Emery LLP ||
| Address: 18565 Jamboree Road, Suite 250, Irvine, CA 92612-2565 ||
| Phone: 949 989 8292 | Email: adykhuis@mwe.com |
| Other Counsel: Adam Burrowbridge | Admission Date: 10/10/2013 |
| Firm: McDermott, Will & Emery LLP ||
| Address: 500 N. Capitol St. NW, Washington, DC 20001-1531 ||
| Phone: 202 756 8797 | Email: aburrowbridge@mwe.com |