NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Cross-Appellant*

---

2022-2133, 2022-2174

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00770.

-------------------------------------------------

**UNITED THERAPEUTICS CORPORATION,**
*Plaintiff - Cross-Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Defendant-Appellant*

---

2022-2217, 2023-1021

---

Appeals from the United States District Court for the District of Delaware in No. 1:20-cv-00755-RGA-JLH, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

Liquidia Technologies, Inc. moves to expedite briefing and oral argument in the above-captioned appeals. United Therapeutics Corporation opposes the motions.

Liquidia may self-expedite the appeals by filing its respective briefs early. Liquidia has not made a sufficient showing, however, to shorten the time for United Therapeutics. The cases will be placed on the next available oral argument calendar after briefing is complete.

Accordingly,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

October 12, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court