NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Appellant*

**v.**

**LIQUIDIA TECHNOLOGIES, INC.,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2022-2133

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00770.

-----------------------------------------------

**UNITED THERAPEUTICS CORPORATION,**
*Plaintiff-Cross-Appellant*

**v.**

**LIQUIDIA TECHNOLOGIES, INC.,**
*Defendant-Appellant*

---

2022-2217, 2023-1021

---

Appeals from the United States District Court for the District of Delaware in No. 1:20-cv-00755-RGA-JLH, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

United Therapeutics Corporation (UTC) moves unopposed to de-companion Appeal No. 2022-2133 from consolidated Appeal Nos. 2022-2217 and 2023-1021.* UTC also moves unopposed for a 21-day extension of time to file its reply brief in Appeal No. 2022-2133.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. Appeal No. 2022-2133 is no longer designated a companion to Appeal Nos. 2022-2217 and 2023-1021.

(2) UTC's reply brief in Appeal No. 2022-2133 is due

---

* UTC's motion requests that the court "remove the designation of this appeal as a 'companion case' to appeal Nos. 22-2133 and 22-2174 (the 'district court appeals')", ECF No. 40 at 1, but those case numbers seem to be misstated and are later correctly stated in the motion as Appeal Nos. 2022-2217 and 2023-1021, *id.* at 2–3

no later than March 30, 2023.

FOR THE COURT

March 8, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court