# United States Court of Appeals for the Federal Circuit

**UNITED THERAPEUTICS CORPORATION,**
*Plaintiff-Cross-Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Defendant-Appellant*

2022-2217, 2023-1021

Appeals from the United States District Court for the District of Delaware in No. 1:20-cv-00755-RGA-JLH, Judge Richard G. Andrews.

## JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

July 24, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court