**Nos. 2022-2217, 2023-1021**

United States Court of Appeals
for the Federal Circuit

UNITED THERAPEUTICS CORPORATION,

*Plaintiff-Cross-Appellant*,

v.

LIQUIDIA TECHNOLOGIES, INC.,

*Defendant-Appellant*.

*Appeal from the United States District Court for the District of Delaware, No. 20-755, Judge Richard Andrews*

**UNOPPOSED MOTION OF DEFENDANT-APPELLANT LIQUIDIA TECHNOLOGIES, INC. TO WITHDRAW APPEARANCE OF DEEPA KANNAPPAN**

SANYA SUKDUANG
JONATHAN R. DAVIES
COOLEY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile:  (202) 842-7899

*Counsel of Record for Defendant-Appellant Liquidia Technologies, Inc.*

Pursuant to Federal Circuit Rules 27 and 47.3(c)(5), Counsel for Defendant-Appellant Liquidia Technologies, Inc. ("Liquidia") by their undersigned counsel, hereby move the Court to withdraw Deepa Kannappan as counsel because she is no longer associated with the firm Cooley LLP as of the filing date of this motion.

In support of this motion, Liquidia states as follows:

1. Deepa Kannappan previously filed an appearance in this case on behalf of Liquidia.

2. Sanya Sukduang and Jonathan Davies continue to represent Liquidia. Thus, Ms. Kannappan's withdrawal will not result in any impairment of Liquidia's representation and will not result in delay or inconvenience to any party, counsel or the Court.

3. Counsel for Plaintiff-Cross-Appellant have indicated that they do not oppose this motion.

WHEREFORE, Liquidia respectfully requests that the Court grant its motion to withdraw Deepa Kannappan as counsel in this matter.

Dated: September 14, 2023    Respectfully submitted,

*/s/ Sanya Sukduang*
Sanya Sukduang
Jonathan R. Davies
COOLEY LLP
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

Facsimile: (202) 842-7899
ssukduang@cooley.com
jdavies@cooley.com

*Counsel for Defendant-Appellant Liquidia Technologies, Inc.*

FORM 9. Certificate of Interest                                                   Form 9 (p. 1)
                                                                                  March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CERTIFICATE OF INTEREST**

**Case Number** 22-2217, 23-1021
**Short Case Caption** United Therapeutics Corporation v. Liquidia Technologies, Inc.
**Filing Party/Entity** Liquidia Technologies, Inc.

> **Instructions:**
>
> 1. Complete each section of the form and select none or N/A if appropriate.
>
> 2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
>
> 3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
>
> 4. Please do not duplicate entries within Section 5.
>
> 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/14/2023                          Signature:  /s/ Sanya Sukduang

                                          Name:       Sanya Sukduang

FORM 9. Certificate of Interest                                           Form 9 (p. 2)
                                                                            March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| Liquidia Technologies, Inc. |  | Liquidia Corporation |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐   Additional pages attached

FORM 9. Certificate of Interest                                           Form 9 (p. 3)
                                                                          March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable     ☐ Additional pages attached

| Sanya Sukduang, Cooley LLP | Jonathan Davies, Cooley LLP | Ivor R. Elrifi, Cooley LLP |
|---|---|---|
| Erik B. Milch, Cooley LLP | Deepa Kannappan, Cooley LLP | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)    ☐ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable     ☐ Additional pages attached

## CERTIFICATE OF COMPLIANCE

The foregoing filing complies with the type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules, has been prepared using a proportionally-spaced typeface, and includes 141 words.

Dated:  September 14, 2023          /s/     *Sanya Sukduang*
                                                   Sanya Sukduang
                                                   COOLEY LLP

*Counsel for Defendant-Appellant Liquidia Technologies, Inc.*